UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT CURTIS,

    Plaintiff,

    v.

DEPARTMENT OF INDIAN AFFAIRS AND NORTHERN DEVELOPMENT, et al.,

    Defendants.

_____/

No. C 06-3536 PJH

**ORDER DISMISSING COMPLAINT AND DENYING REQUEST TO PROCEED IN FORMA PAUPERIS**

    The court has received plaintiff's complaint and application to proceed in forma pauperis, both filed in this court on June 1, 2006. Because there is no legal basis for plaintiff's complaint, the Court denies plaintiff's application and dismisses the complaint sua sponte.

    Under 28 U.S.C. § 1915(a), "[a]ny court of the United States may authorize the commencement . . . of any suit . . . without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor." In reviewing an application to proceed in forma pauperis, the court may dismiss a case sua sponte if the court determines that the party applying for in forma pauperis status has filed a frivolous action. 28 U.S.C. § 1915(e)(2); Jackson v. Arizona, 885 F.2d 639, 640 (9th Cir. 1989). For purposes of 28 U.S.C. § 1915, a frivolous claim is one that lacks an arguable basis in either law or fact. Neitzke v. Williams, 490 U.S. 319, 325, 109 S. Ct. 1827, 1831-32 (1989). Dismissal on these grounds are often made sua sponte prior to the issuance of process, so as to spare prospective defendants the inconvenience and expense of answering such complaints. Id., 490 U.S. at 324, 109 S. Ct.

at 1831.  Where a litigant is acting pro se and the court finds the litigant's complaint frivolous within the meaning of 28 U.S.C. § 1915(e)(2), the court must give the litigant notice of the deficiencies of the complaint and an opportunity to amend before final dismissal, unless it is absolutely clear that the deficiencies of the complaint could not be cured by amendment.  Noll v. Carlson, 809 F.2d 1446, 1448 (9th Cir. 1987); Eldridge v. Block, 832 F.2d 1132, 1135-37 (9th Cir. 1987).

Plaintiff's complaint generally alleges that multiple defendants (approximately 60 individuals and entities) engaged in a conspiracy to defraud and murder plaintiff, in an attempt to interfere with plaintiff's possession of certain diamond and mineral claims in the Canadian Arctic territory.  See, e.g., Conspiracy to Defraud Robert Curtis by Murder and Other Tactics ("Complaint"), at 10:14-16, 13:12-16, 17:3-9, 20:24-21:56, 23:7-8, 53:16-55:10.  Plaintiff asserts multiple causes of action against defendants, including claims for constitutional due process violations, prosecutorial abuse, obstruction of justice, violation of First Amendment and equal protection rights, false arrest and false imprisonment, violation of Fourth Amendment search and seizure requirements, unlawful destruction of income, and intentional and negligent infliction of emotional and physical injury.  See id. at 84-99.  Plaintiff also alleges numerous additional claims in passing, and seeks $1.3 billion in damages.  See id. at 99:21-25.

Plaintiff's complaint is virtually identical to an earlier action filed by plaintiff in this district, Curtis v. Dep't of Indian Affairs & Dev., C 06-944 MJJ.  Indeed, the instant complaint is an essentially verbatim duplication of the prior complaint, and differs only with respect to minor differences in the number of defendants named.  That earlier complaint was dismissed by the court as baseless and frivolous, since the court found plaintiff's allegations to be "fanciful and fantastic," and further found that plaintiff's claims had previously been litigated and dismissed in 18 prior suits before the district court in Oregon. See Order Denying Request to Proceed in Forma Pauperis at 2 (filed in C 06-944 MJJ).

Given that the instant complaint "repeats pending or previously litigated claims," and

in view of the fact that such complaints are subject to dismissal as frivolous pursuant to 28 U.S.C. § 1915(e), the court hereby finds plaintiff's complaint frivolous.  See, e.g., Cato v. United States, 70 F.3d 1103, 1005 n.1 (9th Cir. 1995).  It is therefore DISMISSED with prejudice.

Because the court orders dismissal pursuant to 28 U.S.C. § 1915, plaintiff's request to proceed in forma pauperis is also DENIED.

**IT IS SO ORDERED.**

Dated: September 5, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge