UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT CURTIS,

    Plaintiff,                                  No. C 06-3536 PJH

    v.                                            **JUDGMENT**

DEPARTMENT OF INDIAN AFFAIRS AND NORTHERN DEVELOPMENT, et al.,

    Defendants.

_____/

    The court having reviewed plaintiff's complaint and application to proceed in forma pauperis, and having dismissed the complaint as frivolous and denied the application,

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

    IT IS SO ORDERED.

Dated: September 5, 2006

                                                    _____
                                                    PHYLLIS J. HAMILTON
                                                    United States District Judge