UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT CURTIS,

    Plaintiff,

    v.

DEPARTMENT OF INDIAN AFFAIRS AND NORTHERN DEVELOPMENT, et al.,

    Defendants.

_____/

No. C 06-3536 PJH

**ORDER DENYING PETITION FOR REHEARING**

The court is in receipt of a submission titled "petition for rehearing," filed by plaintiff on December 18, 2009. This so-called petition is nonsensical and incomprehensible, making it impossible for the court to ascertain the nature of plaintiff's request. To the extent, moreover, that plaintiff seeks some kind of rehearing (as indicated in the title), the court notes that plaintiff's underlying complaint was dismissed more than three years ago – on September 5, 2006 – and that a judgment was entered that same day. Furthermore, the Ninth Circuit dismissed plaintiff's appeal therefrom for failure to prosecute on April 18, 2007. Accordingly, and since the underlying action has been long since terminated, there is no pending item or recent order that presents a conceivable or timely ground upon which plaintiff may seek rehearing.

As such, plaintiff's petition is DENIED.

**IT IS SO ORDERED.**

Dated: January 5, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge